IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| TODD TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | 6:11-cv-06074-RTD |
| | ) | |
| v. | ) | Judge Dawson |
| | ) | |
| ROSENTHAL STEIN & | ) | |
| ASSOCIATES, LLC., & | ) | |
| SHARISSE WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within ninety (90) days from the date of entry of this order. If this case has not been reinstated within ninety (90) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 2 1 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Hon. Robert T. Dawson
United States District Judge

Dated: 2/21/12